UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ann Powers, Elvis Presleys and Marilyn Monroes' daughter
1900 Massachusetts Ave., S.E., Lot C
Washington, D C 20003
(313) 421-2654

Vs.

INTERNAL REVENUE SERVICE
KANSAS CITY, MO
64999-0025

Case: 1:07-cv-01594
Assigned To : Collyer, Rosemary M.
Assign. Date : 09/10/2007
Description: CIVIL RIGHTS-NON. EMPLOY.

COMPLAINT

IRS TAX ABUSE, INTENTIONAL, IRS ABUSE, THE IRS IS IN FACT GUILTY OF TAX FRAUD AGAINST AN INNOCENT AMERICAN AGAIN, THE IRS OWES THE INNOCENT AMERICAN WAY OVER AND ABOVE 37.5 YEARS WORTH OF TAX MONEY AND THAT IS WHY………………...AND, THEY KNOW IT…………
THE IRS IS GUILTY, AND AGAIN, PROSECUTING AN INNOCENT AMERICAN.

Now hereby comes the Plaintiff in the matter Ms. Ann Powers, Elvis Presley's and Marilyn Monroe's daughter and hereby states: That the allegations that the IRS has indeed made against her are in fact untrue and unscrupulous, to the point that the Court

(SEE Attached)
INTENTIONAL

RECEIVED
AUG 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

must know that the IRS is lieing and committing FRAUD AGAINST AN INNOCENT AMERICAN AND THAT THE IRS OWES THE PLAINTIFF 37.5 YEARS WORTH OF TAX REFUND MONIES AND THAT THEY ARE IN FACT TRYING TO INDICT AN INNOCENT AMERICAN AND HER CHILDREN.

1. ON: MAY 3, 2007, THE PLAINTIFF RECEIVED A NOTICE DATED: April 20, 2007, and signed by: Dennis L. Paiz, Operations Manager stating that the Plaintiff's Tax Return dated: February 2nd, 2007, is in fact frivolous.

2. That the Plaintiff filed for a small refund of her tax money claiming herself as an exemption and then the IRS intentionally is BELITTLEING THE PLAINTIFF AND DEFAMATION, WARLIKE, TO TRY TO DISCREDIT THE PLAINTIFF, STATING THAT THE PLAINTIFF IS IN FACT VIOLATING A TAX LAW.

3. THE IRS IS GUILTY AND INDEED GUILTY OF TAX ABUSE AGAINST THE INNOCENT PLAINTIFF, MS. ANN POWERS.

4. THE IRS IS GUILTY OF TWISTING-UP THE TRUTH ABOUT MS. ANN POWERS AND ALLEGING THAT THE PLAINTIFF IS NOT IN FACT ENTITLED TO ANY TAX RELIEF NOR TAX REFUND MONEY.

5. THE IRS IS INDEED GUILTY OF THREATENING THE PLAINTIFF WITH AND STATING UNFAIRLY THAT THE PLAINTIFF MAY BE SUBJECT TO FEDERAL CRIMINAL PROSECUTION AND IMPRISONMENT. FRAUD AND VIOLATING OUR NATION'S TAX LAWS BY FILING FOR HER REFUND MONEY LONG-OVER-DUE.

6. THE COURT MUST FULLY MAGNIFY AND REALIZE THAT THE INNOCENT PLAINTIFF IS PROBABLY THE ONLY ONE THAT IS DUE MONEY OR A REFUND OF HER MONEY FROM THE IRS, AND IF SHE ISN'T THAN NO ONE IS.

7. The innocent American can not take the lies and allegations from the IRS anymore, they have done too much damage and causing hardship and twisted-up everything against the Innocent American instead. Their allegations of tax fraud, their mean statements of frivolous, their repeated allegations of being assessed interest and penalties OF: $5,000.00 for each frivolous document filed and a legal notice to a taxpayer of deficiency and amount of taxes and penalties owed.

8. The innocent Taxpayer is not in fact AL CAPONE, "TAX EVASION", NOR DOES SHE OWE ANY TAXES NOR DID SHE EVER. THIS CONVICTION AND FRAUDULENT CLAIMS AND ALLEGATIONS AGAINST HER MUST STOP. THEY, THE IRS HAS NO GROUNDS AGAINST HER NOR ONE SHRED OF EVIDENCE TO EVEN ALLEGE LET ALONE STATE, BUT LIES AND INSUBORDINATION ALSO APPLIES.

9. ON PAGE 3 OF THE NOTICE SUBMITTED, IT STATES: THAT WE CANNOT ACCEPT THE FORM 1040 WE RECEIVED FROM YOU FOR THE TAX YEAR 2006, WE FIND IT DOES NOT CONTAIN THE INFORMATION THE LAW REQUIRES YOU TO GIVE, AND DOES NOT COMPLY WITH CERTAIN INTERNAL REVENUE CODE REQUIREMENTS. IN ANSWER TO THAT: THERE IS NO WAY THAT THE INNOCENT TAX PAYER MUST SUBMIT ANY 1040 NOR ANYTHING WHEN THERE IS NO, AGAIN, NO TAX DUE, SHE IS IN FACT EXEMPT FROM PAYING ANY TAX, AND THEY KNOW THAT TOO. YET, ON PAGE 1, IT STATES THAT SHE HAS 30 DAYS OF THE DATE OF THIS LETTER TO CORRECT HER POSITION, SHE IS INNOCENT, SHE SHOULD NOT IN FACT NEED TO CORRECT ANYTHING:

THE PLAINTIFF, THE INNOCENT AMERICAN, IS INDEED A VICTIM OF ABUSE, TAX ABUSE FROM THE IRS AND THIS COURT SHOULD IN FACT KNOW THIS FACT, THEY NEED TO MAGNIFY THIS FACT DUE TO THE FACT THAT THERE IS SOMETHING REALLY, REALLY, WRONG WITH THE IRS.

THE PLAINTIFF, THE INNOCENT TAXPAYER, ASKED FOR A TAX ADVOCATE AND INSTEAD SHE IS SERVED WITH A THREATENING NOTICE. THE TAXPAYER KNOWS THAT THIS IS NO ADVOCACY AND THAT THE COURT KNOWS THAT THIS IS INSTEAD OF THEM GIVING HER, HER OWN TAX CREDITS, MONEY BACK OR REFUND THAT SHE IN FACT ASKED TO DEPOSIT INTO HER ACCOUNT DIRECTLY.

THE BURDEN OF PROOF IS UPON THE IRS, NOT THE PLAINTIFF IN THIS MATTER AND THE COURT NEEDS TO TAKE A GOOD, HARD LOOK INTO THIS CASE. THERE IS NO WAY THAT THE PLAINTIFF COULD IN FACT BE SUBJECT OR GUILTY OF ANY TAX FRAUD AND IN FACT BEING DISABLED THAT HER SSI MONEY, $623.00 (SIX HUNDRED, TWENTY THREE DOLLARS) IN ANY WAY, SHAPE OR FORM IS TAXABLE, OR THAT SHE WOULD IN FACT OWE 1 PENNY OF TAX. THAT THIS DISABILITY IS IN FACT INSUFFICIENT FUNDS AND SHE CAN NOT LIVE, EAT NOR SLEEP OR DO ANY SHOPPING WITH. THAT THE COURT KNOW AND REALIZE THAT THIS INCOME IS IN FACT SUPPOSE TO HELP ASSIST AND COMPENSATE FOR THE PLAINTIFF'S DISABILITY AND IS IN FACT TAX EXEMPT. AND, THAT THERE IS SOMETHING REALLY, REALLY, WRONG WITH THE IRS TRYING TO ALLEGE THESE SANCTIONS AGAINST THE PLAINTIFF, MS. ANN POWERS.

THE IRS OWES THE PLAINTIFF OVER 37.5 YEARS OF TAX MONEY, AND THEY KNOW IT. INSTEAD OF GIVING THE INNOCENT TAX PAYER HER MONEY THEY ALLEGE, AND MAKE-UP ALLEGATIONS OF TAX FRAUD AGAINST HER.

THE IRS IS MISCONSTRUEING THE ENTIRE CASE AGAINST THE PLAINTIFF.

THERE IS AGAIN, NO WAY THAT THE PLAINTIFF OWES 1 PENNY OF TAX MONEY. AND, THE FACT IS THAT THE IRS OWES HER TOO MUCH MONEY IS WHY. THE IRS HAS MADE-UP TOO MANY ALLEGATIONS AGAINST HER AND ALLEGING UN-TRUE ACCUSATIONS OF FRAUD AND HAVING TO PAY TAXES. THEY STATE PUBLICATION 2105, WHY DO I HAVE TO PAY TAXES? THE PLAINTIFF STATES; "HOW TO PAY ZERO TAXES", BY: JEFF A. SCHNEPPERS, 2007 EDITION, 24TH EDITION, YOUR GUIDE TO EVERY TAX BREAK THE IRS ALLOWS!, HUNDREDS OF TIPS AND TECHNIQUES TO PRESERVE YOUR INCOME THROUGH EXCLUSIONS, CREDITS, DEDUCTIONS, SHELTERS, SMART INVESTMENTS AND MORE!

THE TAX MONEY WAS SUPPOSE TO HELP FEED, SUPPORT AND MAINTAIN THE PLAINTIFF, AND HER CHILDREN, BUT DID NOT, NEVER DID NOT EVER WAS THE PLAINTIFF AND HER CHILDREN GIVEN THEIR PROPER AMOUNT OF TAX MONEY. NOT EVER WAS THE PLAINTIFF GIVEN MONEY TO EVEN SHOP PROPERLY WITH AND/OR FEED HERSELF OR HER CHILDREN. THE PLAINTIFF CAN ONLY LOOK FORWARD TO THIS SSI CHECK OR OTHER MONEY.

Talk about FRAUD, the IRS has no claim nor case against the Plaintiff, the Plaintiff has a case against the IRS. The Plaintiff has too much evidence and is stating the truth, the IRS is no good, they're being allowed to prosecute innocent Americans for their own tax money and/or refund.

Wherefore, the Plaintiff is asking this Court for such relief, and relief sought against the IRS in the amount of: $100,000.00 (ONE HUNDRED THOUSAND DOLLARS) AND IS ASKING THIS COURT TO REVERSE THE CASE AGAINST THE INNOCENT PLAINTIFF, AND THAT THE SLANDER AND DAMAGE AGAINST THE INNOCENT PLAINTIFF BE BROUGHT AGAINST THE IRS INSTEAD. THAT THE COURT BRING AND GIVE SUCH RELIEF UPON THE PLAINTIFF AND HER CHILDREN WHICH IS ONLY RIGHT AND FAIR. THAT THE IRS BE THREATENED AND PROSECUTED WITH IMPRISONMENT VIOLATING AN INNOCENT AMERICAN AND THE NATION'S TAX LAWS, AND PENALIZED FOR THE DISPARAGE AND SCANDAL AGAINST THE PLAINTIFF, THE IRS HAS INTENTIONALLY DONE MORE HARM AND DAMAGE TO THE FULLEST AGAINST THE PLAINTIFF. THE IRS IS IN FACT GUILTY OF EVERYTHING IN THE BOOK. THERE IS NO WAY THAT THE PLAINTIFF OWES 1 PENNY OF TAX NOR IN VIOLATION OF ANY TAX LAW ESPECIALLY THE NATIONS'S

TAX LAWS OR FRAUD, WHEN SHE IS IN FACT ONLY AMERICAN. THERE IS SOMETHING REALLY, REALLY WRONG HERE AND THE PLAINTIFF IS ASKING THAT THIS COURT USE THE LIE DETECTOR AND THE SCREEN MACHINES TO FIND OUT WHY THE IRS WOULD INTENTIONALLY DO THE OPPOSITE AND PROSECUTE AN INNOCENT AMERICAN INSTEAD OF GIVING HER HER TAX REFUND MONEY. THE PLAINTIFF IS ALSO ASKING THIS COURT TO <u>ORDER THE IRS TO DIRECT DEPOSIT HER MONEY INTO HER CHECKING ACCOUNT FROM BOTH TAX RETURNS: 1996 AND 1997 TAX RETURNS THAT THEY INTENTIONALLY DID NOT.</u>

<u>ALSO STATED; THE TRUTH: THE TAX LAW IS FOUND IN TITLE 26 OF THE UNITED STATES CODE. SECTION 6012 OF THE CODE MAKES CLEAR THAT ONLY INDIVIDUALS WHOSE INCOME FALLS BELOW A SPECIFIED LEVEL DO NOT HAVE TO FILE RETURNS.</u> The Plaintiff's income falls below poverty level and they know that too, way below the Poverty level. In fact the Plaintiff feels that the IRS is intentionally making sure of it. The Plaintiff is still awaiting to be served her housing and money properly from the TREASURY DEPARTMENT AND SHE CAN NOT LIVE LIKE THIS. This is not right and punishment instead. The IRS and The Treasury Department seem to be together, and the Plaintiff believes that that is why she can not get herself properly served. THE IRS AND THE DEPARTMENT OF THE TREASURY OWE THE PLAINTIFF AND HER CHILDREN WAY TOO MUCH MONEY AND DAMAGES AGAIN.

AGAIN, THE PLAINTIFF IS ASKING FOR DAMAGES AND AN ORDER FROM THIS COURT EXPEDITING HER MONEY AND PROPERTY TO HER, RIGHTFULLY.

DATED: August 16th, 2007

Respectfully submitted,

Ann Powers
1900 Massachusetts Ave., S.E., Lot C
Washington, D C 20003

000647    200612 WI

**IRS** Department of the Treasury
Internal Revenue Service
KANSAS CITY, MO 64999-0025

Notice Number: CP 504
Notice Date: 07-23-2007
SSN/EIN: 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
Caller ID: 241068

7178 2665 9396 4549 5343

ANN POWERS
1900 MASSACHUSETTS AVE SE LOT C
WASHINGTON DC 20003-2542002

008330


*363826537101*

## Urgent !!

**We intend to levy on certain assets. Please respond NOW.**
(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the amount you owe. The law requires that you pay your tax at the time you file your return. This is your notice, as required by Internal Revenue Code Section 6331(d), of our intent to levy (take) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.

### Account Summary

| Form: CIVPEN | Tax Period: 12-31-2006 |
|---|---|

| | |
|---|---|
| Current Balance: | $503.85 |
| Includes: | |
| Penalty: | $0.00 |
| Interest: | $3.85 |
| Last Payment: | $0.00 |

For information on your penalty & interest computations, you may call 1-800-829-0922

Questions? Call us at **1-800-829-0922**

See the enclosed Publication 594, *The IRS Collection Process*, and Notice 1219B, *Notice of Potential Third Party Contact* for additional information.

Please mail this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 07-23-2007

write on your check:
| CIVPEN | 12-31-2006 | 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 |

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late (or) paying late

Amount Due: $503.85

Internal Revenue Service
KANSAS CITY, MO 64999-0025

ANN POWERS
1900 MASSACHUSETTS AVE SE LOT C
WASHINGTON DC 20003-2542002

363826537 DD POWE 55 0 200612 670 00000050385

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
POWE

# Penalty and Interest



008330

About Your Notice - The penalty and interest charges on your account are explained below. If you want a more detailed explanation of your penalties and interest, please call the telephone number listed on the front of this notice. You may call your local IRS telephone number if the number shown on your notice is a long-distance call for you. All days mentioned in the paragraphs below are calendar days, unless specifically stated otherwise.

## Penalty:                $0.00

### 07 Paying Late

### IRC section 6651 (a) (2)

We charged a penalty because you didn't pay your tax on time. Initially, the penalty is 1/2 % of the unpaid tax for each month or part of a month you didn't pay your tax.

If you disagree with this penalty, see "Removal of Penalties" in this notice.

### Removal of Penalties

The law lets us remove or reduce penalties if you have reasonable cause or receive erroneous written advice from IRS.

### Reasonable Cause

If you believe you have an acceptable reason why IRS should remove or reduce your penalties, send us a signed explanation. After we review your explanation, we will notify you of our decision. In some cases, we may ask you to pay the tax in full before we remove or reduce the penalty for paying late.

### Erroneous Advice from IRS

We will remove your penalty if all of the following apply:

1. You asked IRS for advice on a specific issue,
2. You gave IRS complete and accurate information,
3. You received advice from IRS,
4. You relied on the advice IRS gave you, and
5. You were penalized based on the advice IRS gave you.

To request removal of the penalty because of erroneous advice from IRS, you should do the following: (1) complete Form 843, *Claim for Refund and Request for Abatement*; and (2) send it to the IRS Service Center where you filed your return.

## Interest: $3.85

**09 Interest**

**IRC section 6601**

We charge interest when your tax isn't paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full.

Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations. Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

Corporate Interest - We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

JS-44
(Rev.1/05 DC)

Case 1:07-cv-01594-RMC    Document 1-2    Filed 09/10/2007    Page 1 of 2

CIVIL COVER SHEET

L
07-1594
RMC

## I (a) PLAINTIFFS

Ann Powers

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro SE (AP)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

Internal Revenue Service

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

Case: 1:07-cv-01594
Assigned To : Collyer, Rosemary M.
Assign. Date : 09/10/2007
Description: CIVIL RIGHTS-NON. EMPLOY.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☒ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 100,000   Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☒ YES ☐ NO   If yes, please complete related case form.

DATE             SIGNATURE OF ATTORNEY OF RECORD
                 NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd