**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO:
US Attorney General @ DOJ
950 Pennsylvania Ave., NW
Washington, DC 20530

Civil Action, File Number **07-1594 RMC**

 **Ann Powers**

v.

**Internal Revenue Service**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ ...se. Keep copy 3 for your records.

...WLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ...her entity, you must indicate under your signature your relationship to that entity. If ...thorized to receive process, you must indicate under your signature your authority.

... of this form to the sender within ___ days, you (or the party on whose behalf you ...curred in serving a summons and complaint in any other manner permitted by law.

...this form, you (or the party on whose behalf you are being served) must answer the ...vere sent. If you fail to do so, judgment by default will be taken against you for the

...otice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (USMS Official)

OF RECEIPT OF SUMMONS AND COMPLAINT
...ed a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

**RECE**
City, State and Zip Code

**OCT 4 - 2007**

Signature
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US Attorney General - DOJ
950 Pennsylvania Ave., NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Laurel D__  ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
SEP 26 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0000 4984 5730

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**RECEIVED**
OCT 4 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)