IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANN POWERS, | ) |
| | ) |
| Plaintiff, | ) No. 1:07-cv-01594 (RMC) |
| | ) |
| v. | ) |
| | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |

MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD

The Internal Revenue Service, by and through its attorneys, and pursuant to Fed. R. Civ. P. 6(b) moves the Court to extend by seven days the time to answer the complaint or otherwise plead.

The Internal Revenue Service requests the extension of time because it has been unable to retrieve and transmit to its trial counsel the advice, information, and files necessary to respond to the complaint. The Internal Revenue Service is of the belief, and therefore asserts, that it will be able to assemble the necessary advice, information, and files within an additional seven day period.

WHEREFORE, the Service moves the Court for an extension of time to December 17, 2007 to answer or otherwise plead.

2920340.1

Date: December 10, 2007.

Respectfully submitted,

s/ Ann Nash
ANN E. NASH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone:  (202) 307-6489
Email: ann.e.nash@usdoj.gov
Fax: (202) 514-6866

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that on December 10, 2007, a copy of the instant "Motion for Extension of Time to Answer or Otherwise Plead" was mailed, postage prepaid to:

>Ann Powers
>1900 Massachusetts Ave. S.E., Lot C
>Washington, D.C. 20003.

>s/ Ann Nash
>ANN E. NASH

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANN POWERS, | ) |
| | ) |
| Plaintiff, | ) No. 1:07-cv-01594 (RMC) |
| | ) |
| v. | ) |
| | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |

**Order**

The Court, having reviewed the Internal Revenue Service's motion for extension of time to answer or otherwise plead along with any opposition, finds that good cause exists for granting the motion. Accordingly, it is:

ORDERED that the Internal Revenue Service's deadline to answer or otherwise plead is extended to December 17, 2007.

Done this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

2920680.1