UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANN POWERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNAL REVENUE SERVICE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-1594 (RMC) |

### ORDER

Defendant filed a motion to dismiss for lack of jurisdiction on December 17, 2007. In its December 20, 2007 Order, the Court advised plaintiff, among other things, of her obligation to file an opposition to the motion. Further, the Order expressly warned plaintiff that, if she failed to file her opposition by January 31, 2008, the Court would treat the motion as conceded. To date, plaintiff neither has filed an opposition nor has requested additional time to do so.

Accordingly, it is hereby

**ORDERED** that defendant's motion to dismiss [Dkt. #7] is **GRANTED AS CONCEDED**, and that this civil action is **DISMISSED WITHOUT PREJUDICE**.

This is a final appealable Order. *See* Fed. R. App. P. 4(a). This case is closed.

**SO ORDERED**.

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

Date: March 4, 2008